# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 3:04CR00138-26 (JCH) |
| GERALD DRIFFIN | : | |
|     Defendant. | : | MAY 2, 2008 |

## ORDER TO SHOW CAUSE

The United States of America is hereby ORDERED to SHOW CAUSE why the defendant ought not be granted the relief sought in his Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(2). The Government is to show cause by **May 21, 2008.**

The court has not determined to enter such an amended judgment and so invites counsel for defendant to file a memorandum in support of such an amended judgment no later than **May 28, 2008.**

Counsel are directed to confer before May 21, 2008, and if the government and the defendant are in agreement, to report such to the court by May 21, 2008.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 2nd day of May, 2008.

                                                /s/ Janet C. Hall
                                              Janet C. Hall
                                              United States District Court